McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:19-CR-00050 LJO-SKO |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE |
| v. | |
| ALEXIS CANO, | |
| Defendant. | |

    IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney and

Kimberly A. Sanchez, Assistant U.S. Attorney and Gary Huss, attorney for the defendant, that the status

conference set for September 30, 2019 at 1:00 pm before the Honorable Sheila K. Oberto be continued to

November 4, 2019 at 1:00 p.m.  The reason for the request is the parties have discussed a resolution and

additional information that needs to be gathered to move towards a resolution.  The parties anticipate if they

have the requested extra time, they may be able to request the Court to vacate the status conference and set

the case for a change of plea.

///

///

///

///

///

///

Stipulation                                                             1

1   The parties further request the Court to enter an Order finding that the "ends of justice" served by a

2   continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay through

3   November 4, 2019 is excluded from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(7)(A).

4

5   Dated: September 25                          Respectfully submitted,

6                                                McGREGOR W. SCOTT
                                                 United States Attorney
7

8                                         By     /s/ Kimberly A. Sanchez
9                                                KIMBERLY A. SANCHEZ
                                                 Assistant U.S. Attorney
10
    Dated: September 25, 2019                    /s/ Gary Huss
11                                               GARY HUSS
                                                 Attorney for Defendant
12

13                                          **ORDER**

14          The parties' stipulated request for a continuance of the status conference date from September 30,

15  2019, at 1:00 pm to November 4, 2019, at 1:00 p.m. is GRANTED to provide the parties additional time to

16  achieve a mutually agreeable resolution of this matter.  Should the parties resolve the case, they shall reset

17  the matter as a change of plea hearing before Chief United States District Judge Lawrence J. O'Neill.

18
            If the parties are unable to resolve this matter, the parties shall be prepared to select a mutually
19
    agreeable trial date at the next status conference.
20
            The court hereby enters a finding that the "ends of justice" served by a continuance outweigh the
21
22  interest of the public and the defendant in a speedy trial, and that the delay through November 4, 2019, is

23  excluded from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(7)(A).

24

25  IT IS SO ORDERED.

26
    Dated:  __**September 25, 2019**__          _____/s/ *Sheila K. Oberto*_____
27
                                                UNITED STATES MAGISTRATE JUDGE
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stipulation