| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | KIMBERLY A. SANCHEZ<br>Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401<br>Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000<br>Facsimile: (559) 497-4099 |
| 5 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEXIS CANO,<br><br>Defendant. | CASE NO. 1:19-CR-00050 LJO-SKO<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Gary Huss, attorney for the defendant, that the status conference set for September 30, 2019 at 1:00 pm before the Honorable Sheila K. Oberto be continued to November 4, 2019 at 1:00 p.m. The reason for the request is the parties have discussed a resolution and additional information that needs to be gathered to move towards a resolution. The parties anticipate if they have the requested extra time, they may be able to request the Court to vacate the status conference and set the case for a change of plea.

///

///

///

///

///

///

Stipulation

1

The parties further request the Court to enter an Order finding that the "ends of justice" served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay through November 4, 2019 is excluded from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(7)(A).

Dated: September 25                              Respectfully submitted,

                                                                                McGREGOR W. SCOTT
                                                                                United States Attorney

                                                          By       /s/ Kimberly A. Sanchez
                                                                                KIMBERLY A. SANCHEZ
                                                                                Assistant U.S. Attorney

Dated: September 25, 2019                        /s/ Gary Huss
                                                                             GARY HUSS
                                                                             Attorney for Defendant

## ORDER

The parties' stipulated request for a continuance of the status conference date from September 30, 2019, at 1:00 pm to November 4, 2019, at 1:00 p.m. is GRANTED to provide the parties additional time to achieve a mutually agreeable resolution of this matter. Should the parties resolve the case, they shall reset the matter as a change of plea hearing before Chief United States District Judge Lawrence J. O'Neill.

If the parties are unable to resolve this matter, the parties shall be prepared to select a mutually agreeable trial date at the next status conference.

The court hereby enters a finding that the "ends of justice" served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay through November 4, 2019, is excluded from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated:   **September 25, 2019**                      /s/ *Sheila K. Oberto*
                                                                                             UNITED STATES MAGISTRATE JUDGE

Stipulation 3